1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JASON BONDERER,                         No.  2:15-cv-1074 KJN P
12                  Plaintiff,
13        v.                                 ORDER
14   CLINGMAN,
15                  Defendant.
16
17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18  U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28
19  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
20  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a copy
21  of his prison trust account statement for the six month period immediately preceding the filing of
22  the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity
23  to submit a completed in forma pauperis application and a certified copy in support of his
24  application.
25       In accordance with the above, IT IS HEREBY ORDERED that:
26       1. Plaintiff shall submit, within thirty days from the date of this order, a completed
27  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
28  of Court;

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: May 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bond1074.3c+.new