UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BONDERER, | No. 2:15-cv-1074 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CLINGMAN, | |
| Defendant. | |

Plaintiff is a former county jail inmate, proceeding pro se and in forma pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request for a copy of the court's August 30, 2016 Order Referring Case to Post-Screening ADR Project and Staying Case for 90 Days, ECF No. 22. (See ECF No. 24.) Plaintiff indicates in his request that his copy of the August 30, 2016 order was accidentally discarded. (See id.)

Because the August 30, 2016 order contains instructions regarding the confidential settlement conference statements that must be filed seven days prior to the scheduled settlement conference, the undersigned directs the Clerk of the Court to send plaintiff another copy of the August 30, 2016 order. However, plaintiff is cautioned that in the future he will be required to pay the standard $0.50 per page in order to obtain additional copies of court documents.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for copies (ECF NO. 24) is granted, and the Clerk of the Court is directed to send plaintiff a copy of the August 30, 2016 "Order Referring Case to Post-Screening ADR Project and Staying Case for 90 Days," ECF No. 22.

Dated:  October 11, 2016

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bond1074.misc