UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BONDERER,

        Plaintiff,             No.  2:15-cv-1074 KJN P

vs.

CLINGMAN,

        Defendant.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Jason Bonderer, inmate #JN1600064, a necessary and material witness in proceedings in this case on February 15, 2017, is confined in the El Dorado County, in the custody of the Sheriff of El Dorado County; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 25, United States District Courthouse, 501 I Street, Sacramento, California on February 15, 2017, at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution; and

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Sheriff of El Dorado County 300 Fair Lane, Placerville, California 95667:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bond1074.841