1  AMIE McTAVISH, ESQ., SB No. 242372
    Email: amctavish@akk-law.com
2  BRUCE A. KILDAY, ESQ., SB No. 066415
    Email: bkilday@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6
7  Attorneys for Defendant CLINGMAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BONDERER | Case No.: 2:15-CV-1074-KJN PC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; PROPOSED ORDER** |
| vs. | |
| DEPUTY CLINGMAN, | |
| Defendant. | |

The parties, Plaintiff In Pro Per and Defendant through their counsel, hereby stipulate that this matter be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

Dated:  2/15/2017

*/s/ Jason Bonderer*
(original signature on file)
By:_____
JASON BONDERER
In Pro Per

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; PROPOSED ORDER

Dated: 2/15/17                    ANGELO, KILDAY & KILDUFF, LLP

*/s/ Amie McTavish*
By:_____
    AMIE McTAVISH
    BRUCE A. KILDAY
    Attorneys for Defendant
    CLINGMAN

## ORDER

**IT IS SO ORDERED.**

Dated: March 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bon1074.stip